IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25-727 |
| | ) | |
| v. | ) | 18 U.S.C. § 1001(a)(2) |
| | ) | 18 U.S.C. § 1519 |
| | ) | 18 U.S.C. § 2261A(2)(A) |
| SCOTT ROBERT TARDY, | ) | 18 U.S.C. § 2261A(2)(B) |
| a/k/a "connecticut12345," | ) | |
| a/k/a "slimybanana" | ) | **INFORMATION** |
| | ) | |

THE UNITED STATES ATTORNEY CHARGES:

BACKGROUND

At all times material to this Information:

1. Kik messenger, commonly referred to as "Kik," is a freeware instant messaging mobile application that has headquarters in Santa Monica, California. Kik is an electronic communication application that allows users to communicate by text, photos, and live video over the Internet from a mobile device.

2. Telegram is a free web-based messaging application with headquarters in Dubai that allows users to communicate both privately and with large audiences through Telegram Messenger, Inc. Through the platform, users can send encrypted messages and media.

3. The Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** resided in the District of Massachusetts.

4. Victim 1 (B.S.) was and remains an FBI Special Agent, and Victim 2 (M.S.) was and remains Victim 1's spouse (collectively, "Victims"). Both resided in the District of South Carolina.

5. The Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a**

"slimybanana" has known Victim 1 and Victim 2 since at least 2019.

6.      On or about January 5, 2025 to on or about February 13, 2025, the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** posted numerous threatening and harassing messages using his cellular phone and the Kik and Telegram platforms in anti-government and anti-law enforcement groups. In those messages, he displayed animosity towards Victim 1 based on his status as an FBI agent, Victim 2 based on her status as the spouse of an FBI agent, and he called for violence against Victims and their family.

7.      On or about February 13, 2025, the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** solicited injury and harm to Victim 1 and Victim 2 through Kik and Telegram, including by seeking people willing to commits acts of violence against Victims based on Victim 1's status as an FBI agent.

8.      The messages sent by the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** included discussions about throwing a Molotov cocktail in Victims' home when one victim is asleep "and hearing [one victim] cook to death," seeking members of groups that were hostile to law enforcement and "that expose and dox[1] ppl [sic] like" the Victims, and that he wants one victim "tortured for days on end if I could." The Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana"** then shared a map showing the Victims' home address along with photographs of Victim 2.

9.      The FBI opened an investigation into the user of the Kik and Telegram accounts posting threating messages against Victims. The investigation resolved to the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** as the user of the Kik and Telegram accounts posting the above-described messages.

---

[1] Doxxing is the act of sharing private information about someone online without their consent typically with the intent to harass, intimidate, or cause harm to the victim.

10. For their safety, FBI notified Victims of the messages, which caused Victims substantial emotional distress.

11. On February 16, 2025, the FBI executed a search warrant at the Defendant's, **ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** residence. The Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana"** was advised by FBI agents that attempting to delete or destroy evidence was a federal crime.

12. On February 19, 2025, the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana"** was interviewed by the FBI. In that interview, the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana"** made numerous false statements to agents related to his use of Kik and Telegram and his responsibility for the threatening and harassing messages against Victims.

13. Following his interview and admonishment from the FBI, the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana"** caused his cellular device that he used to access Kik and Telegram during the relevant time period to be altered, destroyed, and made unavailable.

COUNT 1
(*Cyberstalking*)

THE UNITED STATES ATTORNEY FURTHER CHARGES:

14.     On or about February 13, 2025, in the District of South Carolina and elsewhere, the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana"** with the intent to kill, injure, harass, intimidate, or place under surveillance with the intent to kill, injure, harass, intimidate, Victim 1 and Victim 2, used interactive computer services, electronic communication services, and electronic communication systems of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed Victim 1 and Victim 2 in reasonable fear of serious bodily injury and caused, attempted to cause, and the course of conduct would be reasonably expected to cause to Victim 1 and Victim 2 substantial emotional distress and did cause serious bodily injury, to wit: the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana"** sent harassing Kik and Telegram messages soliciting arson be used against Victims' residence, requesting physical harm, torture, and death to Victims and their family, and sharing photos of Victim 2 and Victims' home address,

In violation of Title 18, United States Code, Section 2261A(2)(A) and (B).

## COUNT 2
### *(False Statements)*

THE UNITED STATES ATTORNEY FURTHER CHARGES:

15. On or about February 19, 2025, in the District of South Carolina and elsewhere, the defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States; to wit: he falsely denied ever having used the Kik and Telegram platforms and he falsely denied being responsible for the threatening and harassing messages and requests, when in fact **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana"** used Kik and Telegram from on or about January 5, 2025 through on or about February 13, 2025 to cyberstalk Victims and where in fact he was responsible for the threatening and harassing messages and requests;

In violation of Title 18, United States Code, Section 1001(a)(2).

COUNT 3
(*Obstruction of Justice*)

THE UNITED STATES ATTORNEY FURTHER CHARGES:

16. Between on or about February 16, 2025, and on or about March 4, 2025, in the District of South Carolina and elsewhere, the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** did knowingly alter, destroy, mutilate, conceal, and cover up a record, document, and tangible object with the intent to impede, obstruct, and influence the proper administration of a matter that the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** knew and contemplated to be within the jurisdiction of a department and agency of the United States; that is, the Defendant, **SCOTT ROBERT TARDY, a/k/a "connecticut12345," a/k/a "slimybanana,"** destroyed and altered or caused to be destroyed or altered an Apple iPhone 13, IMEI number 352966749737215, which contained evidence of Counts 1 and 2, and that he knew was being investigated by the Federal Bureau of Investigation and that the phone described above was used in the commission of the offense;

In violation of Title 18, United States Code, Section 1519.

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Elliott B. Daniels (Fed. ID No. 11931)
Elle E. Klein (Fed ID No. 12941)
Assistant United States Attorneys
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, SC 29201
Telephone 803-929-3000
Facsimile 803-256-0233
Elliott.Daniels@usdoj.gov
Elle.Klein@usdoj.gov

6