# EXHIBIT 1
**(Letters from Defendant)**

To Mr and Mrs Simmons,

There will never be any words I can tell you to ever make up for the emotional and trauma I have inflicted on your family. I am so ashamed of my actions. From the bottom of my heart and soul, I am so sorry. I will do my best to explain what has happened, my mental state, and what I have done to better myself. I've experienced dozens of very difficult traumas throughout my life. The biggest event that has happened in my life happened at the age of 7. I was raped by my neighbor a handful of times in the woods behind my parents house. Although I do not deserve sympathy from you, I cannot express how badly that event took a toll on my mental health to this day. I had my fathers abandonment when I was 5, to which I have not seen him since. My brother also suffers from mental health issues related to this as well. In 2017, my girlfriend Jessica committed suicide out of the blue, which happened one month before I left the Reserves. I didn't learn this until the therapy I received at an inpatient program, but there is no limit to when you have to stop grieving the loss of someone, something I punished myself for years for "not getting over it".  In 2020, I witnessed my coworker at the hospital get dumped out of a running car with her throat slit, and had to assist her into a trauma room to which she then succumbed to her wounds. Throughout my time as a Correction Officer, I have dealt with the worst and most malicious people. Although not all inmates were as such, the bad ones are the ones you will always remember. From being assaulted, to cutting down people hanging themselves, to receiving numerous threats from gang members, it all ended up taking a toll on my mental health. In October 2024, my coworker took his life with a gun 2 days after retiring from a long 20 years. There was no sign, no indication. This gave me flashbacks to my girlfriends death. There are a lot of other traumas that I am still dealing with to this day. In February 2025, that is when I reached my point of an astronomical crisis. I ended up in a state of mental health decompensation, where my reality became distorted and it felt like I was living in a clouded nightmare. It is my true belief that I was also in spiritual warfare. I reached a breaking point mentally and the enemy took advantage of this and made me out to be a monster. I became the opposite of what I stand for and have strived to become. This point of my life was incredibly hazy and it was dangerous. The things I said about you both are not how I truly feel. The things I said I wanted to do are not true. Unfortunately, in that mental state, I wanted to find people who would listen to my anger towards the world. I was so angry without knowing the damage I would cause by venting "anonymously" on the internet. It was never my intention to have included your family in a mental break. I am so ashamed and so disappointed in myself for what I have done. Not only have I lost two people that I truly love and care for, but I also hurt them badly in the process. There are no ways to describe my remorse to you. Since the event took place, and I was able to get out of that mental state, I pleaded guilty immediately. I can't even read the things I said and did, it makes me want to throw up. I immediately got myself into therapy, which led me to going to my job and saying I need help immediately. I was sent to an inpatient program which was 25 days, solely focusing on first responders. This opened my eyes to a whole new world of healing. One day after graduating there, I started an Intensive Outpatient Program for First Responders, which I was the first to successfully graduate after 4 months. While attending IOP, I also see a Christian based therapist and a law enforcement / military therapist both weekly, to this day. I have been properly diagnosed with multiple mental health diagnoses, all of which I am medicated for now. The medications and the

therapy have been absolutely life changing to my mental health. As I write this to you now, I am in what is called a post traumatic growth era. I am struggling well, I can take in my daily problems and figure them out in a normal way. My flashbacks and PTSI I get from different events are now controlled and I've learned how to mentally adjust into a better mind state. I have truly changed. The greatest accomplishment throughout the last year is that I was saved. I was redeemed by Jesus Christ. I sat alone in my bedroom crying out to God to help me, because I couldn't heal on my own. The regret, remorse, shame and guilt I had from what I said about your family caused me to continue spiraling. I had nothing left, and felt like I had no purpose. I was just a body existing. God looked down at me and said, "you are mine". I feel closely related to Mary Magdalene, in that being saved and continuing to have a friendship in Christ is incredibly transformative and gives you a new purpose in life. I have been truly redeemed by Christ. I found a home in a Church and I have never felt so close to God in my life. I have become great friends with my Pastor and his family, who is aware of everything and is guiding me on a spiritual level. I do community service for the Church, including building handicap ramps, making and delivering meals for those less fortunate around the Holidays especially. I have done all of this to make sure my mental crisis will never happen again and hurt anyone else that I love. I will continue to pray for you both and your family everyday, regardless of what the sentence I deserve is. I will continue to pray for your health, safety, wellness and happiness. I cannot express how remorseful and shameful I am of what I did. It truly is not the real me, and I hope from the time you've come to know me over the last decade, you understand this wasn't the real me and it was so far out of character. I cannot take back the stress I have given your family, I can only continue to heal myself to prevent this from ever happening again, and pray for your forgiveness. Not just for myself, but for your own mental health. I do not want these events to hold your family back from truly thriving in life. I pray for your family's success in this world. I truly wish it never came down to our friendship ending in such a malicious and betraying way. You both mean so much to me, despite those things that were said. None of it is true. I cannot begin to explain how opposite it is. I truly hope God continues to bless you throughout your lives, you are some of the best people I have ever known and have been Blessed enough to call friends. I do not know if my letter will have any impact on your feelings towards the situation I caused or even me, but I am writing to you with an open and vulnerable heart and soul. I am so sorry for what I have done, and I pray you will all find peace and comfort after this court date especially. God Bless you both and your family.
"*Be kind to one another, tenderhearted, forgiving one another, as God in Christ forgave you*" Ephesians 4:32

Respectfully,

Scott Tardy

To the Honorable Judge Joseph Anderson,

My name is Scott Tardy and I am writing to you before my sentencing date set for January 26, 2026. I have pleaded guilty to the charges of Cyberstalking, Obstruction of Justice and False Statements to a Federal Agent. There are no words to describe the remorse, guilt and shame I have even just typing that. I have spent my life in public service, including the United States Marine Corps Reserves for 6 years, The Connecticut Department of Corrections for 5 years and as hospital Security Officer for 9 years. Throughout my entire life, I experienced an incredible amount of trauma. From sexual abuse at 7 to dealing with the death of my girlfriend and coworkers suicide, I was always told (especially being a first responder) to "deal with it, be a man, you're fine". Unfortunately, that stigma is what ultimately led to my downfall. I ended up spiraling into a state of mental health decompensation. My reality became distorted and it felt like I was living in a clouded nightmare. In the midst of all this, the two people who I truly admire became victims of the most malicious words and statements. Two people who I love and spent milestones with. As soon as I had realized what I had done, I plead guilty immediately. This is not an excuse to get out of any sort of punishment for the words I have said, but for you to understand this is completely out of character for me. Since the first interaction with the FBI in February of 2025, I have successfully completed an inpatient treatment program for First Responders, which was 25 days long. One day after graduating, I immediately began an Intensive Outpatient Program (IOP) for First Responders and was the first to graduate in the newly designed Mission Reset program. While attending IOP, I also attended a Christian based therapy, as well as a law enforcement/military based therapy. I still see these two therapists to this day. On top of all the therapy, I started receiving medication for my mental health diagnosis. Some diagnosis included Post Traumatic Stress Injury (PTSI), Major Depressive Disorder, Anxiety, Bipolar 2, and Attention Deficit / Hyperactivity Disorder.  Since my medication and therapy, my greatest accomplishment is finding Christ. I was officially at the lowest point I had ever been in my life. I called out to God. I was redeemed. I started attending a local Church which I am now proud to call a Home. I attend men's Bible study on Thursdays, I volunteer for multiple community services for the Church, which has included building huge handicap ramp for wheelchairs, and delivering meals on Thanksgiving and Christmas morning to the local trailer housing units. I read my Bible everyday, and I pray for Mr. and Mrs. Simmons everyday. Not only for their forgiveness, but for them to find peace and security again. The words I said are grotesque and malicious. Truly, I tell you, I am in a post traumatic growth era. I have learned how to deal with issues and problems properly, and not bottle everything up in my life until a breaking point. I have learned how to deal with trauma, flashbacks, and emotions. I hope this letter, as well as my other character letters, will have an impact on what you feel is an appropriate sentence. Thank you for reading my letter. "*Therefore, if anyone is in Christ, he is a new creation. The old things have passed away; behold, the new has come into being*"  2 Corinthians 5:17

Scott Robert Tardy