# EXHIBIT 2
**(Character Letters)**

Dear Judge Anderson,

My name is Ava Stavris, and I am an oncology and operating room registered nurse at Yale New Haven Hospital. Prior to this, I worked in psychiatric nursing and hold a bachelor's degree in Psychological Sciences and Criminal Behavior and Law, with a minor in Human Development and Family Studies, from the University of Connecticut. I've had extensive exposure to individuals navigating mental health crises, trauma, and the criminal justice system—both professionally and personally.

I have known Scott Tardy since early 2021, though I was first introduced to him indirectly in 2017 through my college roommate, who was a close friend of his. Over time, Scott and I became directly acquainted and formed a friendship built on mutual respect, shared religious beliefs, and a passion for music. That friendship was deepened by a shared grief over the loss of my neighbor and childhood friend, Jessica Megan Keib, who died by suicide in 2017. Jessica had a close relationship with Scott, and her death profoundly affected us both. I've always appreciated the genuine care and reverence with which Scott has spoken about her.

In all the time I've known Scott, I have never seen him be anything but kind—with children, adults, and animals alike. He is a hardworking and dependable person; he is someone I've always known to show up when needed. Like many veterans and first responders, he has carried the weight of unspoken trauma for years. He has also struggled, like many men in similar positions, with the stigma surrounding mental health and the internalized pressure to "tough it out" rather than seek support. I believe this stigma significantly delayed him from accessing help earlier in his life.

I do not condone the actions that led to his current legal situation. I wholeheartedly understand the severity of this situation. As a woman who has been a victim to the aggression of men, I certainly hold empathy for prosecuting party. I would never write this letter, however, if I wasn't confident in Scott's character as a hardworking, kind, family-oriented, dependable citizen and veteran. I can say with complete confidence that this incident does not reflect the Scott his friends and family have come to know. It is an isolated event—one that has ultimately led him to take a long-overdue and courageous step toward healing. For the first time, Scott is confronting the pain he has carried for years—pain from his childhood, his military service, and personal losses that he never had the tools or support to process. That willingness to be open and seek help, especially for someone from his background, is incredibly difficult, and I commend him for taking that step.

I strongly believe that with continued support, professional guidance, and accountability, Scott will make meaningful growth and lasting change.

I hope this letter offers a fuller, more honest picture of the person I've come to know—someone who has made mistakes, yes, but who is trying to take responsibility and do the work to become better.

Thank you for your time and consideration. Please feel free to contact me with any questions.

Kindly,

Ava Stavris, RN
Ahstavris@gmail.com
203-910-0482

Charlene Plavnicky


Dear Judge Anderson,

My name is Charlene Plavnicky, and I am Scott Tardy's younger cousin. I have known Scott the entire 28 years of my life, and although he is my cousin, he has always been more like a brother to me. I do not condone the actions that led to this sentencing and I understand the seriousness of the offense.

Growing up, Scott and I spent a lot of time together. We would celebrate every holiday with Scott's family, and Scott was the family member I was always the closest to. Especially when I was younger, Scott was the person I would call if I needed help, and he never hesitated to assist. Over the years he has been a constant presence in my life, always offering me support during difficult times.

Scott has always been fiercely loyal and has been an amazing cousin, brother, son, and grandson. When my grandfather was sick, Scott spent hours with him daily sharing stories, sharing lunch, and providing any support he could. When he worked at Griffin Hospital, he volunteered to play piano to patients and their family members. In my experience, he has truly always put others before himself.

Before the incident, Scott struggled with a severe, undiagnosed mental health condition. He was also dealing with an overwhelming amount of trauma, which was never appropriately navigated through. As someone who also struggles with mental health myself, in my experience it is extremely challenging to take that first step to get help. The diagnoses that Scott has shared with me are diagnoses that hold a heavy amount of stigma, which only makes asking for help even more challenging.

Since this crime and his diagnoses, he has truly put his all into rehabilitation. He willingly checked himself into inpatient counseling, attends numerous, weekly counseling sessions, and has been regularly attending church where he also volunteers frequently. I have seen him put a great deal of effort into his rehabilitation and take responsibility for addressing the issues that contributed to this situation.

I respect the court's role and again, in no way excuse this offense. I can only imagine how incredibly challenging this has been for the victims of his actions and I have an immense amount of empathy for them. That being said, I truly do not believe that Scott's actions were a true representation of his character, rather a horrible act that was a direct result of a severe mental health crisis, that he has since sought treatment for. Given my relationship with Scott and the man I know him at the heart to be, I ask the court to consider the positive aspects of Scott's character, the concrete ways he has supported his family and community, and the sincere steps

he has taken toward treatment and rehabilitation when considering his sentence. I believe that with continued supervision and mental health care he can continue to make positive contributions to his family and community

Thank you for your time and please reach out if you have any questions.

Sincerely,

Charlene Plavnicky

**From:** Christopher Tardy
**Sent:** Saturday, May 3, 2025 5:13 PM
**To:** Kathy Evatt <Kathy_Evatt@fd.org>
**Subject:** Scott Tardy Letter of Character

To Whom It May Concern,

I am the older brother of Scott Robert Tardy. I understand that the charges brought against him are certainly serious; however, I'd like to explain, from my perspective, how his actions are not a reflection of his true character.

Growing up, Scott was generally a positive, happy child. At one point, our parents got a divorce; typically, this can be tough on kids, but for a few years, our parents made it work out pretty well. We would talk with our father every night on the phone, and visit him on weekends.

One day, he stopped picking up the phone, and answering his door. This left Scott and I both with a crippling fear of abandonment that lingers over twenty years later.

That being said, Scott has always been drawn to "the good guys" in entertainment. Like clockwork, you could always find him watching "Walker, Texas Ranger", or Star Wars, always cheering for the good guys.

During that time, there was a troublesome young man in our neighborhood named Gerald Paul. Gerald was a couple of years older than me (I am six years older than Scott), and would never cease to harass other kids in our neighborhood. I personally would occasionally pretend to be sick, so that I wouldn't have to deal with Gerald's harassment on the bus, and in school.

It has been brought to my attention that there was at least one incident of sexual assault involving Gerald and Scott. If you were to look into Gerald Paul's criminal history, it is

littered with many cases involving assault, threatening, et cetera. I believe that this insight provides credibility to this incident.

At a young age, because of his love for law enforcement and our troops, Scott enlisted in the Marines; this is a decision he has always held dearly to his heart. After his honorable discharge, he worked for several years as a security guard at Griffin Hospital; throughout his tenure there, he earned the respect of his fellow employees through his positive attitude and work ethic. Now, he is currently a Corrections Officer, which is yet another position he holds great pride in.

Throughout his adult live, Scott has always lived to serve his country, and the general community. I believe his recent actions that lead to the charges of this particular case are the result of untreated depression, and perhaps several other mental health issues that were not addressed properly, NOT because of the character of Scott Robert Tardy himself.

Once again, I agree that the charges brought against him are serious. However, our family, community, and our country have all benefitted greatly from Scott's contributions.

I, as someone who has also suffered through depression, strongly believe that proper mental health treatment would be the most beneficial and practical approach regarding Scott, NOT time in a prison. It would not benefit anybody in, and it would not help Scott grow as a human being and be able to move on not only from his recent mistakes, but past trauma, as well.

Thank you very much for your time and consideration,

Christopher Earl Lee Tardy

Dawn LaLLave

Seymour, CT 06483

January 12, 2026


RE: Scott Robert Tardy


Dear Honorable Judge,


I am writing on behalf of my dear brother in Christ, Scott Robert Tardy. Scott will stand before you on January 26th for his sentencing after pleading guilty to his charges. Scott has taken full accountability for his actions and in doing so he has also taken great measure to ensure that he will never be led down any dark path again.

The time leading up to Scott's actions were plagued by mental health issues due to intense trauma since he was 7 years old. Our country has a serious mental health crisis and has for years. It is just in recent time that stigmas are being broken around getting help and admitting that you need help when it comes to mental health. The best thing that happened fort Scott is that he was caught by an undercover agent. This was truly God intervening. Scott was in such deep depression and felt he had nowhere to turn. Once he was caught, he went away to get the consistent mental health help he so desperately needed for over 20 years. Help that he is still actively receiving at this time and has great plans to continue receiving to ensure he can be the best version of himself forever.

As the judge on this case, you are aware of what Scott did and how it affected the Simmons family. I am praying for the Simmons' as I cannot imagine what they have been through as well. Actions have consequences and that is not lost on Scott or myself. Scott accepts that there will be consequences for his actions. I am writing this letter however to plead that you allow Scott to serve his consequences in a homebound situation. I truly beg of you to not have him serve time within prison. Due to the nature of his employment as a corrections officer I know he will have to be placed into protective custody which can be solitary. I believe this solitary confinement will be a huge detriment to his mental health that he has worked so hard and come so far on over the course of this case.

I do believe that prisons are here for a reason and I am very much aware that some actions warrant such a consequence. In Scott's case I feel very confident in pleading for him that he would greatly benefit more from not serving time in a prison. Prior to Scott being arrested he

would often visit Beacon Falls Congregational church where I have been attending since 2011. He would come with his mother and step-father. Two very loving people who are completely there and standing behind their son in his mental health journey. Since last year, Scott has become a regular attender, become a very strong member of the men's ministry, and has become a great role model for some of the youth which I am extremely proud to say includes my 12-year-old son. My son looks up to Scott as a true believer in Christ and for his compassion and zeal for life. I did inform my son of Scott's current legal issues and how mental health took a major toll and my son has been praying that Scott will not have to go away either. My son's father is an alcoholic who suffers from extreme mental health issues but refuses to get the help laid before him. Scott has become a role model because he accepts and admits what he did wrong and is working so hard to correct it and never go back to that place. My son sees that as an inspiration and sees Scott as a father figure for sure. He looks forwards to weekends when he can play Xbox with Scott and have an older male who is so faithfully loving Christ in his life. Please do not take that away from my son.

Allowing Scott to serve his consequences outside of prison confinement will ensure that he stays on the right course with his mental health. He will continue to see his therapists weekly. Take his medications. Stay a strong member of our church and a strong role model for our youth. Scott's love for the Lord is truly amazing. He spends so much time reading the bible and truly crying out to the Lord that he will be forgiven for his actions. As a church we will continue to be there for Scott surrounding him with a very strong family. Lifting him up and ensuring he stays on the right course that he has laid out for himself.

I pray that the Lord will help guide you in your decision for this case and for Scott's fate. I pray that you will be able to see that Scott truly is a changed man and that prison will only be a major set back for him. Servicing a sentence outside of prison will be the greatest gift he could receive in correcting his ways and ensuring he will never go down a dark path again. My deepest condolences to the Simmons family and I continue to pray that since they were such good friends of Scott, they will understand the toll his mental health played in his actions and how truly sorry he is for the pain he caused them. Scott spoke very highly of them and has expressed deep sadness and remorse for the pain he caused people he considered such dear friends.

Thank you for taking the time to read my letter. I truly hope and pray that the court will be able to see the amazing work Scott has done and will continue to do to rehab himself. We are all surrounding Scott with love and will continue to be there for him.


Sincerely,

Dawn LaLLave

I am Scott's mother, and while I understand that you may not give my words as much weight as someone who is more impartial, I'm asking you to please read this with an open mind.

This is the most difficult letter I've ever had to write in my entire life. I'm devastated and absolutely heartbroken over the devastation Scott's recent actions have caused not only to our family but to every single person involved.

I am not writing this to excuse any of the deplorable things that Scott has said. I do know, however that these are not the words of the person I have raised and loved for almost 32 years.

The Scott that I know has been empathetic and concerned for others since he was a young child. He was always the kid on the playground that made sure nobody was excluded. And although I battled with Scott about doing his homework, I always looked forward to parent teacher conferences because all of his teachers praised him for being such a kind and respectful student.

When Scott's father and I divorced, his father remained a daily part of his and his brother Chris's lives. He took them to their sports practices and attended their games. If he did not see the boys, he called them at night. Until Christmas Day 2000 when he dropped the boys off and never contacted them again.

For several weeks Scott would get off the bus at 2:30 every day running the house and the first thing he would do is pick up the phone and leave a message on his father's answering machine. It was always the same message "Dad, it's me Scott. Why don't you call me back? Ok. Call me later Dad".

After several weeks Scott finally stopped calling and seemed to move on. While he seemed unaffected, his 12-year-old brother went from As and Bs to Ds and Fs and quit all his sports because the parents would come up to him at every game and ask him where his dad was.

Although I had the boys in counseling, the focus really remained on Chris who had become very depressed and angry while Scott seemed to be unfazed. To say my naivety was a mistake is a huge understatement. Looking back, I believe it is the first time Scott decided to hide or ignore his feelings.

Chris abruptly left our family at the age of 18 and unfortunately despite all of our best efforts he has struggled with depression and alcoholism for the past 18 years. Scott's way of dealing with this has been to cease having a relationship with his brother, other than polite conversations on holidays.

Scott joined the Marine Corps in 2012 because he told me he needed the challenge. We were so proud of him. For 12 weeks I kept track of the boot camp calendar and when swim week came around I was a nervous wreck that he might not pass.  Scott was not a swimmer; when he was 6 years old, the YMCA politely told me that he was not cut out for the Polliwogs lessons, that perhaps family swim night would be a better option.  But the call that he was coming home did not come, and he graduated from Parris Island with our entire family in attendance, except for his dad and brother.

When Scott came home and was looking for a job, he worked as a dog walker; his clients and the dogs all loved him, and many kept in touch long after he left for a better paying job.

I do recall an incident after Scott came back from a training expedition in California. I don't remember the circumstances, but we were in the driveway and Scott became very angry with me. I was shaken and I couldn't understand it because he had never lost his temper with me before. More than ten years later I heard from his former fiancee Bree that something happened to him when he was in California, but Scott has never discussed it with me.

The most difficult part of this letter is now discussing the revelation that Scott was molested by a neighborhood boy when he was young. This person was part of a neighborhood group of boys all aged between Scott's and Chris's ages; they all rode bikes, hunted for salamanders and had snowball fights. Normal childhood fun.

We moved into this neighborhood when I married my current husband; the boys were 5 and 10. It took approximately a year for Chris and Scott to become friends with this group; it is a small neighborhood with lots of woods around and the houses have larger yards.

Jerry was the oldest, a little older than Chris. As time went by, we realized that Jerry was not the nicest kid.  Scott being younger, was only around Jerry when the entire group was together, including Chris. Or this is what I thought.

Jerry has been in and out of prison for over 15 years for violent crimes, and is currently incarcerated.

To say I will never forgive myself for allowing this to happen is the honest truth. I have always been more of a "helicopter" parent than a permissive one and yet this still happened.

 Throughout Scott's young adulthood and into manhood, I have considered him to be a very strong person. He is the one who would run into a burning building, to step in to protect others, and has never been afraid of anything.

One of the best parts of my life has been watching the close bond between Scott and his younger sister, Victoria. He has always been an amazing big brother, and they remain close today at the ages of 25 and 31.

I am devastated and ashamed to admit that I have mistaken Scott's silence for stoicism, and not for the cry for help that it should have been. I will never understand how I did not see that he was not ok.

My only hope is that Scott be able to get the intense therapy he needs, at an inpatient facility that he has contacted. In order to do this, he will need his employer sponsored health insurance. I know firsthand through Chris's experiences in mental health facilities that accept Medicaid that they are insufficient to deal with this.

I have no right to ask for anything, but all I can do is ask you to see the entire Scott, and not just the sum of these actions.

Thank you for your time,

Jean Kellogg

**Jeff Poquette**

Newnan, GA 30263

**Date:** July 25, 2025

**To Whom It May Concern,**

I am writing this letter in support of my nephew, Scott Tardy, who is currently facing serious charges related to threats made against a member of law enforcement's family. I know what he's being accused of is deeply troubling—and I don't take that lightly. But I felt compelled to write because the young man I've known and loved for years is *not* the person this incident suggests.

Scott has always been one of the kindest, most soft-hearted people I've known. I've had the pleasure of watching him grow from a cheerful, funny kid into a man I was *immensely* proud of. I remember the laughter we've shared—countless inside jokes, family gatherings where he'd bring joy to everyone around him. One of my proudest moments was standing at Parris Island and watching him graduate as a United States Marine. The pride that radiated from him was unforgettable. It was clear that he wanted to serve and protect—not harm.

There's also that time the three of us—Scott, my son, and I—got ourselves lost in the woods in Vermont. What could've been a miserable experience turned into a memory we still laugh about. That's Scott: calm under pressure, quick to make light of things, always caring about the people he's with. In that moment, and in so many others, he showed the best of who he is.

That's why I'm still in disbelief. I cannot reconcile the charges with the young man I know. I've thought about it over and over again—and it just doesn't make sense. Yes, the crime was horrible. I can only imagine the fear and distress that the targeted family must have experienced. They have every right to feel shaken. But I also know, deep in my bones, that Scott would never have *acted* on those threats. He is not a violent person. He made a horrible, uncharacteristic mistake—one that I believe came from a place of inner pain or mental distress, not malice.

I'm begging the court for mercy. Scott needs help, not a prison sentence. He needs care, counseling, and a chance to make this right—not just for himself, but for everyone affected. I genuinely believe that, with support and the proper structure, he can heal and return to being the man his family and his country were once so proud of.

Please consider leniency in his sentencing. The boy I've watched grow up—the Marine I saluted with pride—is still in there. He just needs a chance to come back.

Thank you for reading this.

With heartfelt sincerity,
Jeffrey Poquette Sr.

# BEACON FALLS CONGREGATIONAL CHURCH

To Whom It May Concern:
Re: Scott Tardy Character Letter


My name is Jess Joles. I am the pastor of Beacon Falls Congregational Church (Beacon Falls Church) in Beacon Falls, Connecticut. I am writing this letter as someone who has witnessed firsthand Scott's growth in personal relationship with Jesus Christ. In reference to his growth, there are four areas that I would like to briefly address. They are as follows:

1- Scott's Honesty/Transparency
2- Scott's Engagement
3- Scott's Growth


I.       Honesty/Transparency

Scott began attending Beacon Falls Church (as I recall) in the late spring/early summer of 2025. Upon being made aware of Scott's recent challenges, I set up a time to meet with him and discuss what had transpired in his life that led to his legal troubles. As we met and talked, it became very clear that Scott wanted to be completely open and transparent about his actions, as well as the life circumstances that contributed to his actions in late 2024/early 2025. What was very clear to me as I spoke with Scott is that he desired to be completely honest about his actions. Scott made no excuses for the hurt that he caused nor did he attempt to deflect accountability in any manner. He fully understood the seriousness of his actions and the hurt he caused. This required a degree of courage for Scott as he did not know how I would respond as we spoke. What was clear in my conversation with Scott was the work the Lord had been doing in his life since February 2025. What allowed him to be transparent and honest was the life change that the Lord has affected in Scott. I asked Scott if he would be willing to meet with another person in leadership at the church to convey his story, and Scott gladly agreed to meet. Scott's honesty/transparency is an integral part of his healing process. What encourages me is that he hasn't had any desire to hide anything he has done, but has been open while taking full responsibility for his actions. He has shown signs of genuine repentance/contrition and renewal that the Lord alone can bring.


II.       Engagement

Beginning this past fall, Scott began getting very involved/engaged in the life of Beacon Falls Church. He had been attending each Sunday morning service beginning in June/July, and in September he began attending the Men's Ministry group that meets every other Thursday. What was very evident is that Scott had a great hunger for the community, fellowship, relationships that Beacon Falls Church offered. His interactions with the men at the church has been encouraging to watch. He has thrived in the gospel rich environs of Beacon Falls Congregational Church. In addition to building healthy relationships with other men, Scott has begun serving in very simple, yet meaningful ways. He has made himself available to help with everything from



**BEACON FALLS CONGREGATIONAL CHURCH**

physical plant upkeep (tree trimming) to setting up tables and chairs for various ministry events. He recently helped as a parking attendant for guests at a ministry event directed toward the surrounding community. Essential to Scott's growth in the Lord has been his engagement with the Body of Christ. He has found, in the church, a community of people who Love Jesus as they put the Grace of God on display. This has been an immense encouragement to Scott and has only encouraged his further engagement in relationship building and serving. As the Lord has orchestrated, Scott has found his church home/family here at Beacon Falls Church. This engagement in the Body of Christ has been instrumental in Scott's growth in the Lord so far, and is essential for his future growth as well.

III.    Growth

From numerous conversations with Scott, it is my observation that he didn't really come to know or encounter the Lord in a real way until February 2025. It was in the depths of his greatest trial that he began to call out to the Lord, and the Lord entered into Scott's life--transforming Him into a new creation in Christ Jesus. His transformation has been truly supernatural. Since February, Scott has experienced significant growth in his relationship with Jesus Christ. The Lord has grown Scott spiritually, emotionally, and relationally over these past 10-11 months. At the foundation of this growth is Jesus' supernatural work to transform Scott. Scott has great desire to grow in the Lord as he fellowships with other believers, spends time reading the Bible, and communes with the Lord through prayer. In addition to this, Scott has sought out help from mental health professionals. The Lord says in His word that there is wisdom in the abundance of counselors. In this vein, Scott has sought the help of counselors in various ways. From in-patient mental health treatment to weekly counseling sessions with multiple therapists, Scott has taken seriously his mental health and self-care. I will reiterate, again, that at the foundation of Scott's healing and growth is that the Lord Jesus entered into and saved Scott in his most desperate moment. From a pastoral perspective, seeing Scott's desire for the Word of God and joy in fellowshipping with other believers goes beyond encouraging—this is an essential aspect of his walk with Jesus and will be part of his continual healing as he walks with the Lord. It has been our great joy to see the Lord work in Scott's life as we see him grow in the Grace and Knowledge of the Lord Jesus Christ.


Regards,

Jess Joles

Pastor
Beacon Falls Congregational Church
69 Wolfe Ave
Beacon Falls CT 06403

To Whom This May Concern

I am writing this letter in support of Scott Robert Tardy. I am Scott's mom Jean best friend of almost 40 years and have known Scott since the day he was born. I can say, with honesty, Scott has always been a great person-the funny kid. As a child he was always the kid that was smiling- never got in trouble. Scott and my son Kyle grew up together (only 12 days apart in age) and our families spent many summers playing together and going to amusements parks, drive-in,etc. As the kids got older they saw less of each other as they developed their own interests, but Scott always stayed friendly with my youngest daughter Marissa. They would keep in touch and would go to the concerts together or just hang out when possible. I loved the relationship that they had- just friends. I always trusted Scott and knew Marissa was in good hands when she was with him.

I was there when Jean married Scott's dad, Kim. We all worked together at Caldor for many years. The marriage was a struggle for Jean -as Kim was an alcoholic. Jean tried to hold the marriage together for the sake of both her boys-Christopher who was born in 1988 and Scott born in 1993, but the cheating and drinking was too much. When Kim was home, he was drunk and did not have much of a relationship with either Jean or the boys. In all the years I have known them, I only remember one vacation they took as a family. I don't recall Kim spending much quality time with the boys- no Yankee games, no playing catch in the backyard- nothing.

When the divorce was finalized, in 1996 I believe, everything seemed to be going well. Kim and Jean had a decent relationship concerning the children. Jean remarried in 1998 and continued with her life and Kim went on with his. Both boys seemed very happy-Jean in 1999 gave birth to a baby girl who the boys adored. Everything seemed to be fine, but then for whatever reason, Kim stopped calling and seeing the boys. I believe it had something to do with the child support. He was living by that time with a girl and there were no children involved in that relationship. I remember the phone conversations I had daily with Jean, and she would say that the kids called Kim and left msges on his answering machine because they wanted to say "good night" but he didn't pick up the phone. He would never call them back- nothing. This affected both boys very much-

Over the years, Chris and Scott reached out to Kim on several occasions but received no response. Chris and Scott have scars from this-Chris is a struggling recovered alcoholic-he was pretty transparent about his struggle. Scott did not seem to be as affected. He joined the Marines, then he proudly took a job with the state working in the prison. Through the years he was always taking care of his mom as well. He met a beautiful girl and recently got engaged. Scott recently reached out to his father to visit w/him and introduce his fiance in Florida where Kim lives, but that did not go well and I believe this event is what triggered

years of pent up anger and resentment in Scott. Scott channeled this anger like many do, behind the screen of a computer. I find it hard to believe Scott intended to hurt anyone; releasing some anger may have simply felt empowering to him. I am not a therapist, but I think we can all relate to a degree, how frustrating it can be to not be able to express our feelings or emotions. Scott was always the dependable son, who took care of everyone and again the rejection of a parent was not anything he could control.

Scott has lost everything at this point- his fiancé, his job, his friends.... The embarrassment and consequences he endures is a burden he will live with the rest of his life. He has done so much good in his life but this will be the thing that everyone will always remember, especially himself –

I am asking you for leniency as Scott has made a poor decision, but I know he is a good person. With proper therapy focused on coping skills, he can contribute positively to society.

Sincerely,

Lisa Bruno

Milford, CT 06460

## Character Reference for Court Sentencing

From: Norman Kellogg,

To: Kathy Evat, Kathy_Evatt@fd.org

Subject: Scott Tardy

Dear Kathy,

I am writing this letter on behalf of my stepson Scott Robert Tardy. Scott has always been a responsible and well respected person for his entire life until this cyber-crime was committed. My wife and I recently learned that Scott experienced trauma as a child that we are actively perusing therapy for. My ask of the court is if they could show as much leniency as possible with our insuring that we will fully support him in getting the necessary help going forward. I really hope that this letter will help in making an empathetic decision going forward.

Sincerely yours,

Norman E. Kellogg

203-506-1261



**From:** ██████████████████████████

**Sent:** Sunday, September 7, 2025 2:53 PM

**To:** Kathy Evatt <Kathy_Evatt@fd.org>

**Subject:** Scott Tardy Character Letter

You don't often get email from ████████████. Learn why this is important

**EXTERNAL SENDER**

Your Honor ,

I am writing to provide a character reference for Scott Tardy , who is appearing before your court . I have known Scott as a colleague and friend since 2014 . In his role as a hospital Security Officer , Scott was always professional and reliable . We often encountered patients with psychiatric and substance abuse issues , Scott was excellent in verbal deescalation and consistently demonstrated kindness and compassion . I also have spent time with Scott outside of work . I have never observed Scott act any differently outside of work . Scott is a talented amateur guitar player and we share a love and appreciation of live music .

I am aware of the charges that Scott is facing and acknowledge the severity of them . I absolutely believe that his conduct was uncharacteristic and does not reflect who he truly is . Scott has taken responsibility for his actions and has sought professional treatment and guidance , to insure that he understands why it happened and to have the tools to learn from the experience and never repeat it .

Based on my first hand knowledge and observations of Scott's character and who he truly is as a person , I respectfully request the court consider his positive attributes , service to our country , his willingness and desire to prove that these actions were an anomaly , when deciding his sentence .

If you require any additional information or have any questions , please do not hesitate to contact me . Thank you for considering my perspective .

Sincerely ,


Raymond Gurdak

████████████████

Bristol , CT.
06010

████████████████

Victoria Kellogg

Southington, CT, 06489

To Whom It May Concern,

My name is Victoria Kellogg, and I am the younger half-sister of Scott Tardy. I am writing this letter as a personal reference to share my perspective on the brother I have grown up with for the last 25 years.

Growing up with Scott as my older brother, I always looked up to him. He's been someone I could go to for advice, someone who always encouraged me to make good choices, and has always been there for me when I needed him.

I understand that Scott is currently going through a legal situation. While I may not know every detail, I do know his character. The brother I know has always taken his responsibilities seriously, and I truly believe he would never act with bad intentions. What's happening now doesn't reflect the person I've looked up to my whole life.

Please accept this letter as an honest reflection of the brother I know: a dedicated veteran, a loyal brother, and someone who has always tried to do the right thing. I hope my words help you see the person beyond the circumstances.

Thank you for your time and consideration.

Sincerely,
Victoria Kellogg

August 1, 2025

Wendy Poeta-Tisi

Shelton, CT    06484

The Honorable Katherine E. Evatt

Assistant Federal Defender
Office of Federal Public Defender Columbia Office
1901 Assembly Street, Suite 200
Columbia, SC   29201

     Re:  Scott Robert Tardy

Dear Attorney Evatt:

   I have had the pleasure and privilege of being a close friend to Scott Tardy and his family for almost twenty years.  During that time, I've watched with joy, Scott grow and mature from a young teen into the man I know today.

   I've always known Scott to be a person of immense kindness…a gentle-spirited individual with a smile for everyone, a person who always shows respect to others and someone who is always willing to offer an assist to others.  I know Scott to be a loving son and sibling, as well.

   When Scott was employed as a security guard at the Griffin Hospital in Derby, CT, assigned to the emergency department, I not only witnessed, but experienced Scott's genuine humaneness.  When my elderly dad presented at the Griffin Hospital emergency department on several different occasions to address emergent health issues and whenever Scott was on duty, he went above and beyond his security guard duties, not only to greet us at the emergency department with a warm and comforting welcome, but assisted my dad in making him comfortable during the triage wait and process, as well as looking in on him throughout his shift(s).  Scott also took time to calm the anxieties of family members with his warm smile and reassuring conversations.  As a person who repeatedly accompanied my dad to Griffin Hospital, I witnessed Scott's genuine kindness and sincerity to all he came in contact with.

   I recall vividly when I learned of Scott's strong desire to serve his country in the United States Marine Corps.  I admired Scott's determination to satisfy his dream and his desire to make his family proud.  I recall his excitement and his pride when he successfully completed the eligibility process for acceptance into the Marine Recruit Training program and I recall (with tears of pride) how proud I was when I received word that Scott had successfully completed the grueling 54 hour demanding physical and mental test of discipline, resilience and grit, best known as the Crucible, and had transitioned to a U.S. Marine!  Scott served his country with honor and service for which every American owes a debt of gratitude to those who choose to put the best of who they are to protect our freedom!  That is the Scott Tardy I know and continue to cherish as a genuinely good man!

Subsequent to Scott's honorable discharge from the U.S. Marine Corps, he chose to seek employment in public service, successfully completing the rigorous application and hiring process required to be a corrections officer in the Connecticut Department of Corrections, working responsibly to ensure the safety and security of Connecticut's prisons and the staff and individuals within them.

By all accounts, Scott seemed to live and enjoy a traditional lifestyle, so contradictory to the recent criminal charges levied against him for what can be construed as egregious, as well as shocking, behavior. While not in any way attempting to minimize or negate the behavior that has caused significant pain, fear and emotional injury to the persons involved, the agonizing truth is that the actions for which Scott is accused of are, I believe, a result of post-traumatic stress manifestations related to suppressed memories of profoundly distressing trauma in Scott's past.

The character assessment of Scott Tardy presented in this letter is a deeply personal and honest opinion of the Scott Tardy I have known for almost two decades. It is in no way intended to bias a legal judgement related to the serious criminal charges this man is facing. Though the past cannot be changed, it is my fervent hope that Scott will be given an opportunity to have his story be heard and will be judged based on truth, sincerity and a desire to right wrongs in a way that will not only help heal his deep emotional wounds of the past, but allow him to be an example to others, going forward.

My sincere thanks for the opportunity to present this character assessment of Scott Robert Tardy.

Respectfully Submitted,


Wendy Poeta-Tisi